HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> RAINIER PETROLEUM CORP., <br><br> Defendant. | No. 2:13-CV-00829-JLR <br><br> JOINT MOTION FOR ENTRY OF CONSENT DECREE <br><br> **Note on Motion Calendar**: <br> March 3, 2016 |

MOTION

Plaintiff, Puget Soundkeeper Alliance and defendant Rainier Petroleum Corporation hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

STATEMENT IN SUPPORT

This action was filed pursuant to the citizen suit provisions of the federal Clean Water Act, 33 U.S.C. § 1365, alleging violations of Defendant's National Pollutant Discharge Elimination System permit.

JOINT MOTION FOR ENTRY - 1
No. 14-00829JLR

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Plaintiff and Defendants have agreed that settlement of this matter is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter.

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA and the Regional Administrator of Region 10 of the U.S. EPA. The Consent Decree may not be entered prior to 45 days following receipt by both the Administrator and the Attorney General.  The noting date for the Court's consideration of this matter has been scheduled accordingly.

The parties respectfully request this Court enter the Consent Decree.

RESPECTFULLY SUBMITTED, this 8th day of January, 2016.

| SMITH & LOWNEY, PLLC | GORDON & REES LLP |
|---|---|
| By: /s/ Claire E. Tonry<br>Knoll Lowney, WSBA No. 23457<br>Claire E. Tonry, WSBA No. 44497<br>*Attorneys for Plaintiff*<br>2317 E. John St.<br>Seattle, WA 98112<br>(206) 860-2883<br>Fax: (206) 860-4187<br>Email: knoll@igc.org, clairet@igc.org | By: /s/Jeffrey E. Bilanko<br>Jeffrey E. Bilanko, WSBA #38829<br><br>/s/Elizabeth K. Morrison<br>Elizabeth K. Morrison, WSBA #43042<br><br>701 Fifth Avenue, Suite 2100<br>Seattle, WA  98104<br>Telephone:  206-695-5100<br>Fax:  206-689-2822<br>jbilanko@gordonrees.com<br>emorrison@gordonrees.com<br>Attorneys for Defendant |

JOINT MOTION FOR ENTRY - 2
No. 14-00829JLR

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883