**SMITH & LOWNEY, P.L.L.C.**
2317 East John Street
Seattle, Washington 98112
(206) 860-2883, Fax (206) 860-4187

January 8, 2016

Docket Clerk for the Honorable James L. Robart

Re: *Puget Soundkeeper Alliance v. Rainier Petroleum Corp.* - No. 14-00829; Waiting period before entry of consent decree

Dear Docket Clerk:

This is submitted with the proposed Consent Decree and Joint Motion for Entry of Consent Decree for the above-captioned case. Please note that, pursuant to the explicit direction of the Clean Water Act, the Consent Decree should not be entered by the Court until a 45-day Department of Justice and EPA review period has expired. Thus, the hearing is noted accordingly. Please do not have this Consent Decree entered before that time. Please call if you have any question about this. Thank you.

Sincerely,

SMITH & LOWNEY, P.L.L.C.

By: *s/Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Attorney for Plaintiff