# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, <br><br> Plaintiff, <br><br> v. <br><br> RAINIER PETROLEUM CORPORATION, <br><br> Defendant. | CASE NO. C14-0829JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS the parties to appear for an evidentiary hearing and oral argument on Tuesday, November 21, 2017, at 9:00 a.m. regarding Plaintiff Puget Soundkeeper Alliance's motion for civil contempt and sanctions. (Mot. (Dkt. # 101).) Each party will have 75 minutes to present evidence regarding whether a force majeure event precluded Defendant Rainier Petroleum Corporation ("Rainier") from complying

with Paragraph 7(f) of the Consent Decree ("Paragraph 7(f)") (Dkt. # 100) and whether Rainier has substantially complied with Paragraph 7(f). The parties must file witness and exhibit lists no later than Friday, November 17, 2017, at 5:00 p.m. After the presentation of evidence, the court will hear argument from counsel. In addition to other issues the court may address, the court DIRECTS the parties to be prepared to discuss Rainier's actions towards compliance with Paragraph 7(f) since the time the parties briefed the motion.

Filed and entered this 13th day of November, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk