HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>                  Plaintiff,<br>v.<br>RAINIER PETROLEUM CORPORATION,<br><br>                  Defendant. | No. 2:14-cv-00829-JLR<br><br>~~PROPOSED~~ ORDER GRANTING RAINIER PETROLEUM CORPORATION'S MOTION FOR RELIEF FROM ORDER AND EXTENSION OF DEADLINE |

THIS MATTER, having come on regularly for hearing before the undersigned Judge of the above-entitled Court on Defendant Rainier Petroleum Corporation's Motion for Relief from Order and Extension of Deadline.

IT IS HEREBY ORDERED that Defendant's Motion for Relief from Order and Extension of Deadline is GRANTED. Rainier shall make the required penalty payment and shall submit the required status update no later than January 3, 2018.

DONE IN OPEN COURT this 3RD day of January, 2018.

_____
HON. JAMES L. ROBART

~~PROPOSED~~ ORDER - 1
2:14-cv-00829-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

*Presented by:*

GORDON & REES LLP

/s/ Elizabeth K. Morrison
Donald J. Verfurth, WSBA #15554
Elizabeth K. Morrison, WSBA #43042
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Attorneys for Defendant

~~PROPOSED~~ ORDER - 2
2:14-cv-00829-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone:  (206) 695-5100
Facsimile:  (206) 689-2822