THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, a )
non-profit corporation, )
                              )
        Plaintiff, )
                              )
v. )
                              )
RAINIER PETROLEUM CORP., )
                              )
        Defendant. )
                              )
_____ )

Case No. 14-00829-JLR

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR FEES
AND COSTS

*JLR*

    This matter comes before the Court on Plaintiff's Accounting and Motion for Fees and Costs incurred in proceedings to enforce the Consent Decree. Having reviewed the motion and supporting documents in detail, the Court finds that the rates, hours, and costs plaintiff Puget Soundkeeper Alliance ("Soundkeeper") requests are reasonable, *subject to an adjustment for scope of work.* *JLR*

    Therefore, **IT IS ORDERD** that:

    Defendant Rainier Petroleum Corp. must pay to Smith & Lowney PLLC Soundkeeper's reasonable fees and costs in the amount of $ ~~32,671.58~~ *34,509.08* within fourteen days of this order. *JLR*

    DATED this __6th__ day of __January__, 2018.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER - 1

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

1

Presented by:

2

3

s/*Claire E. Tonry*
Claire E. Tonry, WSBA No. 44497
Smith & Lowney PLLC
Attorneys for Plaintiff
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

[PROPOSED] ORDER - 2

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883